# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| THEODORE MARTIN, | : | No. 30 EAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order entered on September 6, 2023 in the Commonwealth Court at No. 239 MD 2021 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE SECRETARY OF THE DEPARTMENT OF CORRECTIONS, THE SUPERINTENDENT/WARDEN OF SCI HUNTINGDON, THE CLERK OF COMMON PLEAS COURT OF PHILADELPHIA COUNTY, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                               **DECIDED: August 20, 2024**

**AND NOW,** this 20th day of August, 2024, the appeal in the above-captioned matter is hereby **DISMISSED**. *See Commonwealth v. Harris*, 32 A.3d 243, 248 (Pa. 2011) ("With limited exceptions, Pennsylvania law permits only appeals from final orders."); 42 Pa.C.S. § 723(a) ("The Supreme Court shall have exclusive jurisdiction of appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court[.]"); Pa.R.A.P. 341(b)(1) ("A final order … disposes of all claims and of all parties[.]"). The Order entered on September 6, 2023 in the Commonwealth Court at No. 239 MD 2021 is hereby **VACATED** insofar as it purports to dispose of the petition filed against the Superintendent/Warden of SCI Huntingdon and the Clerk of Common Pleas of Philadelphia County, because neither of those parties responded to the petition. This matter is **REMANDED** to the Commonwealth Court for further proceedings consistent with this order.

Justice Brobson files a dissenting statement in which Justice Mundy joins.